■ MARKETING SHOWCASE, INC., Appellant, v MARKETING CORPORATION OF AMERICA, Doing Business as NEWSPAPER CO-OP COUPONING, et al., Respondents.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on or about July 29, 1986, unanimously affirmed for the reasons stated by Burton Sherman, J. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The two motions by defendants-respondents to dismiss plaintiff-appellant's appeal are denied. Concur—Sandler, J. P., Milonas, Kassal, Rosenberger and Wallach, JJ.

■ KAREN D. PLATT, Respondent, v SHEARSON LEHMAN/ AMERICAN EXPRESS, INC., et al., Appellants.—Judgment, Supreme Court, New York County (Stanley Ostrau, J.), entered on August 21, 1986, pursuant to CPLR 9002, upon the decision of Wallach, J., dated July 22, 1985, unanimously affirmed for the reasons stated by Wallach, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur —Sandler, J. P., Milonas, Kassal and Rosenberger, JJ.